UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | ) | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) | ) | 3:09-md-02100-DRH-PMF |
| MARKETING, SALES PRACTICES AND | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2100 |
| | ) | |

**This Document Relates To:**

*Justine Tofani, et al. v. Bayer HealthCare*    No. 3:11-cv-12065-DRH-PMF
*Pharmaceuticals Inc., et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on December 22, 2014 (MDL 2100 Doc. 3586-1) and February 12, 2015 (3:11-cv-12065 Doc. 9), the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                          JUSTINE FLANAGAN,
                                          ACTING CLERK OF COURT

                                          BY:   /s/*Cheryl A. Ritter*
                                          **Deputy Clerk**

Date: February 17, 2015

APPROVED:                          Digitally signed by David R. Herndon
                                          Date: 2015.02.17 10:18:44 -06'00'

                                          DISTRICT JUDGE
                                          U. S. DISTRICT COURT